NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1507

---

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-0630, Judge Lucy H. Koh.

---

## ON MOTION

---

PER CURIAM.

## ORDER

Samsung Electronics Co. Ltd. et al. move to expedite oral argument in this matter.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to expedite oral argument is granted. Oral argument will be held at 2 p.m. on August 20, 2012 in Courtroom 201.

FOR THE COURT

JUL 2 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William C. Price, Esq.
Josh A. Krevitt, Esq.
Christopher J. Glancy, Esq.
Jonathan N. Zerger, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2012

JAN HORBALY
CLERK